IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID STEWART ROY,

     Petitioner,            No. 2:08-cv-2379-LKK-JFM (HC)

    vs.

TOM FELKER, Warden,

     Respondent.      <u>ORDER</u>

                             /

          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 5, 2009, respondent lodged briefs and petitions for review in the state court on petitioner's direct appeal, as well as the California Court of Appeal opinion and the California Supreme Court's denial of the petition for review. Respondent has not, however, filed any transcripts relevant to petitioner's claims. <u>See</u> Rule 5(c) of the Rules Governing Section 2254 Cases.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, respondent shall lodge with the court all relevant transcripts.

DATED: October 21, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;roy2379.lodgments